IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$30,220.00 IN UNITED STATES CURRENCY

    Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Elizabeth Young, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

### JURISDICTION AND VENUE

1.    The United States of America has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violations of the narcotics provisions of 21 U.S.C. § 801, *et seq*. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.    Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395, as the defendant property is located and some of the acts described herein occurred in the District of Colorado.

### DEFENDANT PROPERTY

3.    Defendant property is more fully described as follows:

1

4.      $30,220.00 in United States currency seized from Nicholas McClellan on March 25, 2019 at the United States Post Office located at 951 20th Street, Denver, Colorado.  Defendant $30,220.00 in United States currency is currently being held by the United States Postal Inspection Service, National Headquarters, Asset Forfeiture Unit Holding Account.

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

**February Parcel**

5.      On February 12, 2019, Postal Inspectors became aware of United States Postal Service ("USPS") Priority Mail Express #EE413697970US, which was addressed to "Nicholas McClellan, 1595 S Birch Street, Denver, CO 80222."  The return address on the parcel was "M. McClellan, 1478 S. University Blvd., Denver, CO 80210."  However, the parcel was mailed from Brooklyn, New York, and paid for in cash.  Postal Inspectors did not seize this parcel.

**Parcel Containing Defendant $30,220.00 in United States Currency**

6.      On March 24, 2019, Postal Inspectors in Denver, Colorado, became aware of a suspicious parcel addressed to 1595 South Birch Street, Denver, CO 80222.

7.      The parcel was USPS Priority Mail parcel #9507 8132 3880 9082 2255 58, addressed to Nick McClellan at 1595 South Birch Street, Denver, CO 80222 ("March Parcel").  The return address listed on the March Parcel was M. McClellan, 1478 South

University Blvd., Denver, CO 80210. The seams of the March Parcel were heavily taped with clear packing tape.

8. Like the parcel mailed in to Nick McClellan in February, despite the Denver return address listed on the package, the March Parcel was actually mailed on March 23, 2019 from Brooklyn, New York, 11205.

9. Both 1595 South Birch Street and 1478 South University Boulevard are associated with Nicholas McClellan.

10. Postal Inspectors discovered that there had been at least 37 parcels mailed from Brooklyn, New York delivered to 1595 South Birch Street during the period February 2018 to March 2019.  During that period, 1595 South Birch Street was receiving from one to four parcels a month from Brooklyn, New York.

11. At least 11 parcels were mailed from Brooklyn, New York to 1478 South University Boulevard during the period March 2018 to March 2019.

12. On March 25, 2019, a Narcotics Detection Canine positively alerted to the odor of narcotics on the March Parcel.

**Interview with Nicholas McClellan**

13. On March 25, 2019, Postal Inspectors acting in an undercover capacity called Nicholas McClellan to ask about the March Parcel.

14. McClellan gave the Postal Inspectors the tracking number of the March Parcel, but was unable to provide the return address.  He told the Postal Inspectors that the March Parcel was coming from Brooklyn, New York, and contained paper documents.  McClellan also stated that he receives packages all of the time without any issues.

15. That same day, McClellan called the Postal Inspectors back and told them that he really needed the March Parcel and that there was something very important inside.

16. Still acting in an undercover capacity, the Postal Inspectors called McClellan again on March 25, 2019 and arranged to meet McClellan at the downtown Denver Post Office located at 951 20th Street, Denver, Colorado, where they interviewed McClellan about the March Parcel. When he met them in person at the downtown Denver Post Office, the Postal Inspectors identified themselves as United States Postal Inspectors. McClellan then told the Postal Inspectors there was cash inside the March Parcel, but would not allow them to open the March Parcel or tell them how much money was inside. He asked for an attorney and the Postal Inspectors ended the interview.

17. After the interview concluded, McClellan exited the post office strangely. He ran even though no one was pursuing him. He also kept looking back at the post office.

18. When the Postal Inspectors exited the post office approximately five minutes later, McClellan approached them and asked for their contact information. McClellan moved closer to the Postal Inspector holding the March Parcel, which contained defendant $30,220.00 in United States currency. As a result, McClellan was warned not to attempt to grab the March Parcel. McClellan then ran away from the Postal Inspectors again looking back toward the post office as he ran.

**Execution of Search Warrant**

19. On March 28, 2019, Postal Inspectors executed a federal search warrant for the March Parcel. Inside were two USPS envelopes containing defendant $30,220.00 in United States currency wrapped in heat-sealed bags and clear packing tape. Defendant $30,220.00 in United States currency consists of 1,511 $20.00 bills.

**Wages**

20. Colorado state wage records show that Nicholas McClellan has no reported wages in the state of Colorado. A nationwide search revealed that Nicholas McClellan has no reported wages outside of Colorado for at least the last 18 months.

*[Remainder of page intentionally left blank.]*

## VERIFICATION OF DEREK BACKUS
## POSTAL INSPECTOR, UNITED STATES POSTAL INSPECTION SERVICE

I, Postal Inspector Derek Backus, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

_____
Derek Backus
United States Postal Inspector

STATE OF COLORADO   )
                    ) ss
COUNTY OF           )

The foregoing was acknowledged before me this 19th day of September 2019 by Derek Backus, Postal Inspector, United States Postal Inspection Service.

_____
Notary Public - Colorado
My Commission Expires: March 24, 2022

SHERI J GIDAN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104001014
MY COMMISSION EXPIRES MARCH 24, 2022

6

FIRST CLAIM FOR RELIEF

21. The Plaintiff repeats and incorporates by reference the paragraphs above.

22. By the foregoing and other acts, defendant $30,220.00 in United States currency constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance, proceeds traceable to an exchange of a controlled substance, and/or money used or intended to be used to facilitate a violation of 21 U.S.C. § 801, *et seq*. Therefore, defendant $32,000.00 in U.S. currency is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant asset in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 19th day of September 2019.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney


By:   s/ *Elizabeth Young*
     Elizabeth Young
     Assistant U.S. Attorney
     U.S. Attorney's Office
     1801 California Street, Suite 1600
     Denver, Colorado 80202
     Telephone: (303) 454-0100
     E-mail: Elizabeth.Young2@usdoj.gov
     *Attorney for the United States*